UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Mohammed Khader, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| | * | Case No.  1:10cv1048 (JCC/IDD) |
| Hadi Enterprises, et al. | * | |
| Defendants | * | |

## PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, Mohammed Khader, by and through undersigned counsel, and identifies the following individuals who may be called as witnesses on behalf of the Plaintiff in the above-captioned case:

1. Hazem Abdelhadi:

2. Mohammad Abdelhadi:

3. Omar Lazkani:

4. Emad Rayyan:

___/s/_____
Richard J. Link, VSB #36960
Attorney for Plaintiff
200-A Monroe Street, Suite 330
Rockville, MD 20850
(240) 453-9191
karpel-link@comcast.net

___/s/_____

Kamal Nawash, Esq.
Attorney for Plaintiff
1050 17th St. NW, Suite 1000
Washington, DC 20036
202-776-7191


## Certificate of Service

I hereby certify on May 18, 2011, I served the forgoing initial disclosures by electronic mail upon:

John Altmiller
Attorney at Law
7926 Jones Branch Drive
Suite 930
McLean, VA 22102

___/s/_____

Richard J. Link