IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **MOHAMMED KHADER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:10cv1048 (JCC\IDD) |
| | : | |
| **HADI ENTERPRISES, et al.,** | : | |
| | : | |
| Defendants, | : | |
| _____ | : | |

## DEFENDANTS' EXHIBIT LIST

COME NOW the Defendants, by counsel, and pursuant to the Scheduling Order file the following list of exhibits.

1. Draft Business Agreement between Mohammed Khader and Marshall Auto Outlet, LLC.
2. Draft Memorandum of Understanding between Mohammed Khader and Marshall Auto Outlet, LLC.
3. Articles of Organization and certificate of good standing for Hadi Enterprises, LLC.
4. Operating Agreement of Hadi Enterprises, LLC.
5. Articles of Organization and certificate of good standing for Marshall Auto Outlet, LLC.
6. Operating Agreement of Marshall Auto Outlet, LLC.
7. Checks and wire transfers from Mohammed Khader to Hadi Enterprises and Marshall Auto Outlet.
8. Checks dated November 11, 2009 and February 12, 2010 from Marshall Auto Outlet to Mohammed Khader.

Respectfully Submitted,

/s/ John C. Altmiller_____
Pesner | Kawamoto | Conway, PLC
By: John C. Altmiller, Esquire (VSB No. 34902)
7926 Jones Branch Road, Suite 930
McLean, Virginia 22102
Telephone (703) 506-9440
Facsimile (703) 506-0929
jaltmiller@pkc-law.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2011 a true and correct copy of the foregoing was sent through CM/ECF to the following counsel:

Richard J Link, Esquire
200-A Monroe Street, #330
Rockville, MD 20850
Karpel-link@comcast.net
Counsel for Plaintiff

Kamal Nawash, Esquire
The Nawash Law Firm
1050 17th St. NW., Suite 1000
Washington DC 20036
localdcattorney@yahoo.com
Counsel for Plaintiff

/s/ John C. Altmiller
Pesner | Kawamoto | Conway, PLC
By: John C. Altmiller, Esquire (VSB No. 34902)
7926 Jones Branch Road, Suite 930
McLean, Virginia 22102
Telephone (703) 506-9440
Facsimile (703) 506-0929
jaltmiller@pkc-law.com
Counsel for Defendants