FILED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2011 JUN 23 P 2: 38

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MOHAMMED KHADER, | : |
| Plaintiff, | : |
| v. | : Case No. 1:10cv1048 (JCC\IDD) |
| HADI ENTERPRISES, et al., | : |
| Defendants, | : |

## MOTION TO QUASH SUBPOENA TO APPEAR

      Comes now, Spiros Anthony, pro se, and files this, his motion to quash a subpoena to appear and testify at the above captioned cause, a civil trial. Which subpoena was served by posting on June 22, 2011, at the request of the defendant's lawyer, to appear June 27, 2011 at 10:00 AM. A copy of this motion is being provided to the attorney who issued this subpoena.

In support of his motion, Spiros Anthony, under Rule 45 of the Federal Rules of Civil Procedure states as follows:

1.    Undue Burden and Expense.

2.    The attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. I will be in New York City on that date and it would be a financial burden for me to travel back to Virginia without any form of transportation from June 25 thru July 2, 2011. This arrangement was made 6 months ago.

3.    The date of service of the posted subpoena, June 22, 2011, fails to allow me reasonable time to comply.

Wherefore, Spiros Anthony, pro se, respectfully requests this honorable Court to quash the subpoena and excuse Spiros Anthony to appear at the hearing.

6. Attorney failed to provide a letter with the subpoena explaining what testimony is required for the hearing.

*[signature]*

Spiros Anthony, pro se

21108 Joseph Terrace

Sterling, VA 20166

703 850 8505

spirosa@live.com

I hereby certify that on this 23rd day of June 23, 2011 a true and correct copy of the foregoing was sent through fax transmission to fax number 703 506 0929 to the following counsel: John C. Altmiller, Pesner | Kawamoto | Conway, PLC , 7926 Jones Branch Road, Suite 930, McLean, Virginia 22102, Telephone (703) 506-9440, Facsimile (703) 506-0929, jaltmiller@pkc-law.com, , Counsel for Defendants

*[signature]*

Spiros Anthony, pro se

21108 Joseph Terrace

Sterling, VA 20166

703 850 8505

spirosa@live.com