

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Mohammed Khader

    Plaintiff,                          1:10cv1048 (JCC/IDD)

Hadi Enterprises, et al.

    Defendants.

## ORDER

This matter having come on for a hearing and the parties having reached an agreement with the third party Spiros Anthony, and the Motion to Quash Subpoena to Appear and having reached a settlement in regards to the two corporations, Hadi Enterprises d/b/a Car King Auto Sale and Marshall Auto Outlet, LLC, and for reasons stated in open court, it is accordingly ORDERED,

1) That the third party Spiros Anthony's Motion to Quash Subpoena to Appear [42] is deemed to be MOOT.

2) Judgment be entered in favor of the plaintiff, Mohmmad Khader and against Hadi Enterprises d/b/a Car King Auto Sale, and Marshall Auto Outlet, LLC, jointly and severally, in the amount of $80,000 plus costs and interest.

3) Plaintiffs Oral Motion to Nonsuit Hazem Abdelhadi is GRANTED.

4) The Clerk shall forward copies of this Order to counsel of record.

                                                 /s/
                                      James C. Cacheris
                                    United States District Judge

Alexandria, Virginia
June 27, 2011