**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| MOHAMMED KHADER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10cv01048 (JCC/IDD) |
| | ) | |
| HADI ENTERPRISES, et al | ) | |
|     Defendants. | ) | |

## JUDGMENT

Pursuant to the order of this Court entered on June 27, 2011, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Mohammed Khader and against Defendants Hadi Enterprises d/b/a Car King Auto Sale, and Marshall Auto Outlet, LLC, jointly and severally, in the amount of $80,000 plus costs and interest.

June 27, 2011                                                  FERNANDO GALINDO
Date                                                                        Clerk

                                                                                            /s/ Janice Allen
                                                                                             (By) Deputy Clerk