## CIVIL JURY TRIAL PROCEEDINGS

Date: 6/27/2011     Case No: **1:10-cv-01048**     Time : 9:34 - 9:46
                                                                             10:15 - 11:35
Before the Honorable: **JAMES C. CACHERIS**                11:50 - 12:38
                                                                              1:45 - 2:43
Court Reporter: J. Goodwin                                             2:53 - 3:13
                                                                              3:25 - 4:45
Courtroom Deputy: Janice Allen                                      5:47 - 6:00
                                                                              6:05 - 6:10
                                                                              6:15 - 6:25

| PARTIES | COUNSEL |
|---|---|
| **MOHAMMED KHADER** | Kamal Nawash |
|  | Richard Link |
| vs. |  |
| **HADI ENTERPRISES, et al** | John Altmiller |

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCES: PARTIES AND COUNSEL. THE JURY APPEARED AS SUMMONED AND SWORN ON VOIR DIRE. THE FOLLOWING JURORS WERE SWORN TO TRY THE ISSUE: Jury List provided to Jury Clerk.

**Preliminary Matters: Third party, Spiros Anthony's Motion to Quash Subpoena to Appear [42] - MOOT Deft. Objection to Pltf's Exhibit List argued and DENIED.**

Rule Envoked on Witnesses [ **X** ]                    Opening Statements Made [ **X** ]

Plaintiff Adduced Evidence and Rests [ **X** ] Motions: Deft's Rule 50 Motion argued and DENIED

**Out of presence of jurors, Pltf. Objects to Deft's witness, Hazem Abdelhadi, being called as a witness. The Court overrules the objection.**
Defendant Adduced Evidence and Rests [ **X** ] Motions: _____

Closing Arguments [ **X** ]       Jury Charged [ **X** ]       Jury Retired to Deliberate [ **X** ]

The Jury Returned to the Courtroom With a Verdict in Favor of: Plaintiff - Mohammed Khader

Jury Excused [ **X** ]       Jury Verdict Filed in Open Court [ **X** ]