

**IN OPEN COURT**
JUN 27 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**MOHAMMED KHADER**
Plaintiff

VS.   Case No.: 1:10CV01048

**HADI ENTERPRISES, et al**

## TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Plaintiff

_____
Counsel for Defendant

06-27-11
_____
Date

Alexandria, Virginia

cc: All counsel