

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**MOHAMMED KHADER**
Plaintiff

v.   Case No.: **1:10-CV-01048/JCC**

**HADI ENTERPRISES, et al**
Defendant

## ORDER

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

Entered this 27 day of June, 2011

Alexandria, Virginia

/s/
James C. Cacheris
United States District Judge

cc: All counsel