# United States District Court
## EASTERN DISTRICT OF VIRGINIA

FILED
JUN 27 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MOHAMMED KHADER<br><br>Plaintiff,<br><br>v.<br>MOHAMMAD ABDELHADI and<br>OMAR LAZKANI<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER: 1:10CV01048-(JCC/IDD) |

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiff, MOHAMMED KHADER, and against the Defendants, MOHAMMAD ABDELHADI and OMAR LAZKANI, in the total amount of $78,500.

This Judgment is entered in accordance with the attached Jury Verdict dated June 27, 2011.

June 27, 2011
Date

Fernando Galindo
Clerk of Court

/s/ Janice Allen
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Mohammed Khader, | ) | |
| | ) | |
| Plaintiff, | ) | VERDICT |
| vs. | ) | |
| | ) | 1:10cv1048 (JCC/IDD) |
| Mohammad Abdelhadi and | ) | |
| Omar Lazkani, | ) | |
| | ) | |
| Defendants. | ) | |

FILED IN OPEN COURT
JUN 27 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1. Has plaintiff proven by the preponderance of the evidence that there was a contract between Mohammed Khader and Mohammad Abdelhadi?

   Yes ✓    No ____

   Has plaintiff proven by the preponderance of the evidence that defendant Mohammad Abdelhadi breached the contract?

   Yes ✓    No ____

   Has plaintiff proven by the preponderance of the evidence that he and defendant Mohammad Abdelhadi were in a partnership together?

   Yes ✓    No ____

   Has plaintiff proven by the preponderance of the evidence that defendant Mohammad Abdelhadi breached his fiduciary duty as a partner, in violation of 50-73.102(B) and (D) VA. Code Annotated?

   Yes ✓    No ____

   Has plaintiff proven by the preponderance of the evidence that defendant Mohammad Abdelhadi was unjustly enriched?

   Yes ✓    No ____

If yes, we award the plaintiff:

$ 78,500 damages = lump sum  $ 39,250 ~~from~~
+ legal fees
                                    Mohammad Abdelhadi

1

2. Has plaintiff proven by the preponderance of the evidence that there was a contract between Mohammed Khader and Omar Lazkani?

Yes ___✓___    No _____

Has plaintiff proven by the preponderance of the evidence that defendant Omar Lazkani breached the contract?

Yes ___✓___    No _____

Has plaintiff proven by the preponderance of the evidence that he and defendant Omar Lazkani were in a partnership together?

Yes ___✓___    No _____

Has plaintiff proven by the preponderance of the evidence that defendant Omar Lazkani breached his fiduciary duty as a partner in violation of 50-73.102(B) and (D) VA. Code Annotated?

Yes ___✓___    No _____

Has plaintiff proven by the preponderance of the evidence that defendant Omar Lazkani was unjustly enriched?

Yes ___✓___    No _____

If yes, we award the plaintiff:

$ __18,500__ damages = lump sum $39,250 from Omar Lazkani
+ legal fees

___6/27/11___
Date

2